■ Robert Rosa, Appellant, v Alianza, LLC, Respondent, et al., Defendant. [63 NYS3d 861]—Order, Supreme Court, New York County (Nancy M. Bannon, J.), entered June 24, 2016, which, to the extent appealable, denied plaintiff's motion to renew his prior motion for summary judgment on the issue of liability under Labor Law § 240 (1), unanimously affirmed, without costs.

Plaintiff failed to support his motion to renew with "new facts not offered on the prior motion" and "reasonable justification" for his failure to present those facts on the prior motion (CPLR 2221 [e]; *see American Audio Serv. Bur. Inc. v AT & T Corp.*, 33 AD3d 473, 476 [1st Dept 2006]). Concur—Acosta, P.J., Tom, Webber, Gesmer and Singh, JJ.